IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA ANN WILKERSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-RRA-0115-S |
| CUNNINGHAM PATHOLOGY, LLC., | ) |
| Defendant. | ) |

### MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, to which no objections were filed, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the conclusions and recommendations of the magistrate judge as the conclusions of the court. Wherefore, the plaintiff's motion to remand is due to be denied, and the defendant's motion to dismiss is due to be granted. An appropriate order will be entered.

DONE this 26th day of May, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE